MARK J. SALADINO, County Counsel
JENNIFER A.D. LEHMAN, Assistant County Counsel
EDWARD L. HSU, Deputy County Counsel
(SBN 259135) • ehsu@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1920 • Fax: (213) 626-2105

Attorneys for Defendants COUNTY OF LOS ANGELES, LEE BACA, STEVEN MILLER, ALEJANDRO LOMELI and MARC ELIZONDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GRAY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LEE BACA, GREGORY RODRIGUEZ, MONICA FARIAS, STEVEN MILLER, ALEJANDRO LOMELI, MARC ELIZONDO AND DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. CV13-7597 CAS-FFMx<br>[Hon. Christina A. Snyder]<br><br>**DECLARATION OF EDWARD L. HSU RE: CASE STATUS CONFERENCE**<br><br>Date: March 30, 2015<br>Time: 11:00 a.m.<br>Location: Courtroom 5, 312 N Spring St, Los Angeles, CA 90012<br><br>Action Filed: October 15, 2013<br>Trial Date: May 12, 2015 |

**TO THIS HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES, LEE BACA, STEVEN MILLER, ALEJANDRO LOMELI and MARC ELIZONDO submit the following information in regards to the case status conference scheduled for March 30, 2015:

HOA.1144429.1

CV13-7597 CAS-FFMx
**DECLARATION RE: CASE STATUS CONFERENCE**

1  On January 16, 2015, the parties settled the matter pending approval of by the
2  Los Angeles County Claims Board and the Los Angeles County Board of
3  Supervisors. (See Docket #47) Currently, Defendants anticipate that the settlement
4  would come before the Los Angeles County Claims Board for the initial level of
5  approval in approximately four and a half months from the date of this filing (See
6  Declaration of Edward L. Hsu ("Hsu Decl."), ¶ 2)  If approved, the matter is
7  expected to come before the Los Angeles Board of Supervisors approximately one
8  month thereafter. (Hsu Decl., ¶ 3)  If the settlement is approved by the Los Angeles
9  County Board of Supervisors, payment could be coordinated and delivered
10 approximately one week after such approval. (Hsu Decl., ¶ 4)

12  DATED: March 26, 2015          Respectfully submitted,

                                  MARK J. SALADINO
                                  County Counsel


                                  By      /s/
                                     _____
                                     EDWARD L. HSU
                                     Deputy County Counsel

                                  Attorneys for Defendants COUNTY OF LOS
                                  ANGELES, LEE BACA, STEVEN MILLER,
                                  ALEJANDRO LOMELI and MARC
                                  ELIZONDO

DECLARATION OF EDWARD L. HSU

I, Edward L. Hsu, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Deputy County Counsel in the office of the Los Angeles County Counsel, attorneys of record for the Defendants COUNTY OF LOS ANGELES, LEE BACA, STEVEN MILLER, ALEJANDRO LOMELI and MARC ELIZONDO. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On March 26, 2015, I was informed and believed that this matter would be ready to come before the Los Angeles County Claims Board in approximately four and a half months.

3. If the settlement is approved by the Los Angeles County Claims Board, I am informed and believe the settlement will be presented to the Los Angeles County Board of Supervisors approximately one month thereafter.

4. I am informed and believe that if the Los Angeles County Board of Supervisors approves the settlement, it will take approximately one week to obtain and deliver the settlement payment to Plaintiff's counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 26, 2015, at Los Angeles, California.

/s/
Edward L. Hsu

HOA.1144429.1

**DECLARATION RE: CASE STATUS CONFERENCE**           -3-           CV13-7597 CAS-FFM

**PROOF OF SERVICE**
Case No. CV13-7597

STATE OF CALIFORNIA, County of Los Angeles:

Nicole N. Thomas states: I am employed in the County of Los Angeles, State of California, over the age of eighteen years and not a party to the within action. My business address is 648 Kenneth Hahn Hall of Administration, 500 West Temple Street, Los Angeles, California 90012-2713

That on March 26, 2015 I served the attached

DECLARATION OF EDWARD L. HSU RE: CASE STATUS CONFERENCE

upon Interested Party(ies) by placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed ☐ as follows ☒ as stated on the attached service list:

**Olu K. Orange, Esq.**
**Orange Law Offices**
**3435 Wilshire Blvd., Suite 2910**
**Los Angeles, CA 90010**

**Gilbert M. Nishimura, Esq.**
**Seki, Nishimura, & Watase, LLP**
**605 W. Olympic Blvd., Suite 900**
**Los Angeles, CA 90015**

☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses on the attached service list (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

(2) ☒ placed the envelope for collection and mailing, following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Los Angeles, California:

I declare that I am employed in the offices of a member of this court at whose direction the service was made.

Executed on March 26, 2015, at Los Angeles, California.

_____
Nicole N. Thomas

HOA.1144544.1