1 | MARY C. WICKHAM, Interim County Counsel
JENNIFER A.D. LEHMAN, Assistant County Counsel
2 | EDWARD L. HSU, Deputy County Counsel
(SBN 259135) • ehsu@counsel.lacounty.gov
3 | 648 Kenneth Hahn Hall of Administration
500 West Temple Street
4 | Los Angeles, California 90012-2713
Telephone: (213) 974-1920 • Fax: (213) 626-2105
5
6 | Attorneys for Defendants COUNTY OF LOS ANGELES, LEE BACA, STEVEN MILLER, ALEJANDRO LOMELI and MARC ELIZONDO

7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GRAY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LEE BACA, GREGORY RODRIGUEZ, MONICA FARIAS, STEVEN MILLER, ALEJANDRO LOMELI, MARC ELIZONDO AND DOES 1 THROUGH 10, inclusive,<br><br>Defendants. | CASE NO. CV13-7597 CAS-FFMx<br>[Hon. Christina A. Snyder]<br><br>**JOINT STATUS REPORT RE: SETTLEMENT; DECLARATION OF EDWARD L. HSU** |

**TO THIS HONORABLE COURT:**

Plaintiff CHRISTOPHER GRAY and Defendants COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES, LEE BACA, STEVEN MILLER, ALEJANDRO LOMELI, MARC ELIZONDO, GREGORY RODRIGUEZ, and MONICA FARIAS submit the following information regarding the settlement status pursuant to this Court's March 30, 2015 Order.

On January 16, 2015, the parties settled the matter pending approval of by the Los Angeles County Claims Board and the Los Angeles County Board of Supervisors. (See Docket #47) On March 30, 2015, this Court ordered the parties

HOA.1191262.1                                                                 CV13-7597 CAS-FFMx
**JOINT STATUS REPORT**

to file a joint status report within 60 days of the order and every quarter thereafter until a stipulation for dismissal is filed.

    The settlement in this matter came before the Los Angeles County Claims Board for the initial level of approval on July 6, 2015. The Claims Board approved the settlement on July 6, 2015. The settlement was presented to the Los Angeles Board of Supervisors on August 4, 2015 at which time it was approved. Currently, the settlement check is being processed and will be provided to Plaintiff's counsel as soon as it is available. (Declaration of Edward L. Hsu, ¶ 2)

DATED: August 21, 2015

ORANGE LAW OFFICES

/s/
By_____
OLU K. ORANGE

Attorneys for Plaintiff Christopher Gray

DATED: August 21, 2015

MARY C. WICKHAM
Interim County Counsel

/s/
By_____
EDWARD L. HSU
Deputy County Counsel

Attorneys for Defendants COUNTY OF LOS ANGELES, LEE BACA, STEVEN MILLER, ALEJANDRO LOMELI and MARC ELIZONDO

DATED: August 21, 2015

SEKI, NISHIMURA & WATASE

/s/
By_____
GILBERT M. NISHIMURA

Attorneys for Defendants GREGORY RODRIGUEZ and MONICA FARIAS

HOA.1191262.1

**JOINT STATUS REPORT**    -2-    CV13-7597 CAS-FFM

## DECLARATION OF EDWARD L. HSU

I, Edward L. Hsu, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a Deputy County Counsel in the office of the Los Angeles County Counsel, attorneys of record for the Defendants COUNTY OF LOS ANGELES, LEE BACA, STEVEN MILLER, ALEJANDRO LOMELI and MARC ELIZONDO. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. The settlement in this matter came before the Los Angeles County Claims Board on July 6, 2015. The settlement was approved by the Claims Board on July 6, 2015. I am informed and believe the settlement was presented to the Los Angeles County Board of Supervisors on August 4, 2015 at which time it was approved. I am informed and believe that currently, the settlement check is being processed and will be provided to Plaintiff's counsel as soon as it is available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2015, at Los Angeles, California.

/s/
Edward L. Hsu